NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000716**
**19-MAR-2019**
**09:01 AM**

NO. CAAP-18-0000716

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ALEKSANDR NAUMENKOV, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTP-18-101528)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the document titled, "Opening brief and . . . ," filed as the opening brief on February 19, 2019, and re-filed as a motion to dismiss on March 13, 2019, by Defendant-Appellant Aleksandr Naumenkov (Naumenkov), pro se, the papers in support, and the record, it appears that (1) Naumenkov seeks to dismiss this docketed appeal; and (2) the requested relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the March 13, 2019 motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 19, 2019.

Presiding Judge

Associate Judge

Associate Judge